# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-19613-MDC

ANDRE K. GOFF
LAURA R. GOFF
521 N. CHARLOTTE STREET

POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANDRE K. GOFF
    LAURA R. GOFF
    521 N. CHARLOTTE STREET

    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

/S/ William C. Miller

Date: 7/12/2018

William C. Miller, Esquire
Chapter 13 Standing Trustee