# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-19613-MDC

ANDRE K. GOFF
LAURA R. GOFF
521 N. CHARLOTTE STREET

POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDRE K. GOFF
    LAURA R. GOFF
    521 N. CHARLOTTE STREET

    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

Date: 9/20/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee