United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-19613-mdc
Andre K. Goff                                                   Chapter 13
Laura R. Goff
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv              Page 1 of 2              Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW        Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
```
db/jdb         +Andre K. Goff,    Laura R. Goff,   521 N. Charlotte Street,    Pottstown, PA 19464-4602
13436016       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13498878       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,     Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13436019       +Cnac - PA 108,    601 State Ave,    Emmaus, PA 18049-3029
13436022       +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
13498261      #+Law Office of Stephen Ross, P.C.,     152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13436024       +Medical Data Systems I,     645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13488105        NCEP, LLC, assignee of UNITED DEBT,    HOLDINGS, LLC,    c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
13530508       +POTTSTOWN CLINIC COMPANY LLC C/O PASI,     PO BOX 188,   BRENTWOOD, TN 37024-0188
13436027       +Springleaf Financial S,    Po Box 1400,    Pottstown, PA 19464-0891
13448091        Wells Fargo Bank N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14262349       +Wells Fargo Bank, N.A.,    PO Box 14487,    Des Moines, IA 50306-3487
13436028       +Wf Fin Bank,    Attention: Bankruptcy,     Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncnotice@ph13trustee.com Jan 17 2020 03:45:09      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:43      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:01
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:47:54
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13462043        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 03:58:33
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13436017       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 17 2020 03:45:17      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13493088       +E-mail/Text: bncmail@w-legal.com Jan 17 2020 03:44:25      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13523110       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:43:42
                 COMENITY CAPITAL BANK/PAYPAL CREDIT,    C/O WEINSTEIN & RILEY, P.S.,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13436018       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 03:48:02      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box  30285,    Salt Lake City, UT 84130-0285
13468713       +E-mail/Text: bankruptcy@cavps.com Jan 17 2020 03:44:29      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13436020       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:43:42      Comenitycapital/overst,
                 Po Box 182120,    Columbus, OH 43218-2120
13436021       +E-mail/Text: bankruptcy@consumerportfolio.com Jan 17 2020 03:44:26
                 Consumer Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
13436023        E-mail/Text: camanagement@mtb.com Jan 17 2020 03:43:39      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13456041        E-mail/Text: camanagement@mtb.com Jan 17 2020 03:43:39      M&T BANK,    P.O. BOX 1288,
                 Buffalo, NY 14240
13436025       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2020 03:44:18      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13436026       +E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Jan 17 2020 03:48:03      Ncep Llc,
                 3715 Davinci Ct Ste 200,    Norcross, GA 30092-2749
13899483        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 04:10:51
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13473460        E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2020 03:43:48
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13471758        E-mail/PDF: cbp@onemainfinancial.com Jan 17 2020 03:47:46      Springleaf Financial Services,
                 PO Box 3251,   Evansville, IN 47731
14215692       +E-mail/Text: bncmail@w-legal.com Jan 17 2020 03:44:25      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 21
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2          User: dlv                  Page 2 of 2                  Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW            Total Noticed: 34

cr*           +SYNCHRONY BANK,   c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
               Seattle, WA 98121-3132
cr*           +Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
13495504*     +CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Joint Debtor Laura R. Goff CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Andre K. Goff CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andre K. Goff and Laura R. Goff

      Debtor(s)                                Bankruptcy No: 14–19613–mdc

                                                      Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                       Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                       For The Court
                                              Timothy B. McGrath
                                                Clerk of Court

Dated: 1/16/20

                                                                        97 – 95
                                                                 Form 138_new